# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3961
_____

CHRISTOPHER DUCILLE,

Appellant,

v.

COMCAST, COMCAST
CORPORATION/LIBERTY MUTUAL
INSURANCE,

Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
Michael J. Ring, Judge.

Date of Accident: June 11, 2014.


December 12, 2023

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

―――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――

Christopher Ducille, pro se, Appellant.

Lissette M. Gonzalez and Francesca Stein of Cole, Scott & Kissane, P.A., Miami, for Appellees.